UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CRAIG JAMES SHERMAN, SR.,**     Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-6833** |
| **THIBODAUX POLICE DEPARTMENT, ET AL.,**     Defendants | **SECTION: "E" (2)** |

## ORDER

The Court, having considered the Complaint of Plaintiff Craig James Sherman, Sr.,[1] the record, the applicable law, the Magistrate Judge's Findings and Recommendation,[2] and finding that as of this date the Plaintiff has filed no objections to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's 42 U.S.C. § 1983 Complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**New Orleans, Louisiana, this 26th day of June, 2024.**

_____
**SUSIE MORGAN
UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 3.
[2] R. Doc. 17.