UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CRAIG JAMES SHERMAN, SR.,**<br>    Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-6833** |
| **THIBODAUX POLICE DEPARTMENT, ET AL.,**<br>    Defendants | **SECTION: "E" (2)** |

## ORDER

The Court, having considered the Motion to Reopen Case of Plaintiff Craig James Sherman, Sr.,[1] the record, the applicable law, the Magistrate Judge's Findings and Recommendation,[2] and finding that as of this date no objections have been filed to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Reopen Case[3] is **GRANTED** and the Clerk Administratively reopen the above captioned matter.

**New Orleans, Louisiana, this 23rd day of February, 2026.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 24.
[2] R. Doc. 26.
[3] R. Doc. 24.